UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTABAN PELACOS,<br><br>        Plaintiff,<br><br>    v.<br><br>SIVONGSA, et al.,<br><br>        Defendants. | Case No. 21-cv-07177-VC  (PR)<br><br>**ORDER OF DISMISSAL** |

Estaban Pelacos, a state inmate, filed a pro se complaint pursuant to 42 U.S.C. § 1983 against officers at Salinas Valley State Prison. On December 8, 2021, the Court reviewed the complaint and found that the allegations did not give rise to any constitutional violations. The complaint was dismissed with leave to amend. The order indicated that, if Pelacos wished to file an amended complaint, he could do so within 28 days from the date of the order and that failure to file an amended complaint within 28 days would result in the dismissal of his complaint. More than 28 days have passed and Pelacos has not filed an amended complaint or otherwise communicated with the court. Therefore, the complaint is dismissed.

    The clerk shall enter a separate judgment and close the file.

    **IT IS SO ORDERED.**

Dated: 3/23/2022

_____
VINCE CHHABRIA
United States District Judge